IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LARRY ALLEN LYMAN**                                                                                       **PLAINTIFF**

V.                                     **CASE NO. 5:24-CV-5193**

**NURSE TRACEY ROBINSON,**
**Turn Key Health Clinics, LLC;**
**and TURN KEY HEALTH CLINICS, LLC**                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 24) filed in this case on January 21, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Turn Key Health Clinics, LLC's Motion to Dismiss (Doc. 15) is **GRANTED**. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure this case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 13th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE